No. 412. BEDFORD CUT STONE COMPANY ET AL., *v.* JOUR-NEYMEN STONE CUTTERS' ASSOCIATION OF NORTH AMER-ICA. ET AL. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Daniel Davenport, Charles Martindale,* and *Walter Gordon Merritt* for petitioners. *Messrs. Moses B. Lairy, Edward E. Gates,* and *Frederick Van Nuys* for respondents.

No. 465. WALLACE R. FARRINGTON, GOVERNOR OF THE TERRITORY OF HAWAII, ET AL. *v.* T: TOKUSHIGE ET AL. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of. Appeals for the Ninth Circuit granted. *Messrs. William B. Lymer* and *Lawrence H. Cake* for petitioners. *Messrs. Joseph Lightfoot* and *Joseph B. Poindexter* for respondents.

No. 482. HENRY W. MCMASTER AND FRANCIS H. SKEL-DING, AS RECEIVERS OF THE WABASH PITTSBURGH TER-MINAL RAILWAY COMPANY, *v.* GEORGE J. GOULD ET AL., ETC. October 18, 1926. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Messrs. Louis Marshall* and *James Marshall* for petitioners. *Mr. William Wallace, Jr.,* for respondents.

No. 497. E. PAUL YASELLI *v.* GUY D. GOFF. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. E. Paul Yaselli, pro se,* and *Alfred Cerceo* for petitioner. *Mr. Nathan A. Smyth* for respondent.

No. 503. E. W. BLISS COMPANY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. Bynum E. Hinton* and